# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JACOB JOSEPH; ALICE JOSEPH; JOYCE ENTERPRISES, INC.;
JEFFREY A. PAGLIALONGA; REGINA PAGLIALONGA; JEFFREY W.
LEMAJEUR, as Trustee of The Jeffrey W. Lemajeur Revocable Trust
dated February 2, 2010; DEBORAH M. LEMAJEUR, as Trustee of The
Deborah M. Lemajeur Revocable Trust dated February 2, 2010,
MCCULLOUGH PROPERTIES, LLC; and TEEMING VACATION RENTAL,
LLC,

Appellants,

v.

CRESCENT BEACH CLUB AT SAND KEY
CONDOMINIUM ASSOCIATION, INC.,

Appellee.

No. 2D22-2193

————————————————

September 13, 2023

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Robert W. Anthony, Spencer M. Gledhill, and Jacob A. Paglialonga of
Fassett, Anthony & Taylor, P.A., Orlando, for Appellants.

Bryan D. Hull, Laura B. Labbee, and Ciara C. Willis of Bush Ross, P.A.,
Tampa,  for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.